IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-267-D

| | | |
|---|---|---|
| DENA R COMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On April 2, 2013, plaintiff filed a motion for voluntary dismissal without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure [D.E. 22]. On April 8, 2013, defendant "vehemently" objected to dismissal without prejudice and asserted that dismissal should be **"WITH PREJUDICE."** [D.E. 23] (emphasis in original).

Vehemence without a supporting argument is unilluminating. Bold and all caps add nothing. The court expects more from the United States Department of Justice. Trial counsel for the United States shall provide a copy of this order to the United States Attorney and the Chief of the Civil Division of the U.S. Attorney's office.

Plaintiff's motion [D.E. 22] is GRANTED. The action is DISMISSED without prejudice.

SO ORDERED. This 16 day of April 2013.

JAMES C. DEVER III
Chief United States District Judge